1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5  1301 Clay St., 3rd Floor
   Oakland, California 94612
6  Telephone: (510) 637-3740
   Fax: (510) 637-3724
7  aaron.wegner@usdoj.gov

8  Attorneys for the United States of America

9

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,           )  CASE NO. CR 16-00028 JD
14                                     )
         Plaintiff,                    )  STIPULATION AND [PROPOSED] ORDER TO
15                                     )  CONTINUE ARRAIGNMENT AND EXCLUDE
      v.                               )  TIME UNDER SPEEDY TRIAL ACT AND RULE
16                                     )  5.1 FROM FEBRUARY 5, 2016, TO FEBRUARY
   ADRIAN NAVARRO,                     )  25, 2016
17                                     )
         Defendant.                    )
18                                     )
                                       )
19

20                          **STIPULATION**

21       Defendant Adrian NAVARRO is charged by Information in the above-referenced matter with

22  conspiracy to distribute and to possess with the intent to distribute controlled substances.  The

23  Government has provided copies of discovery in this matter to Navarro consisting of 28 discs containing

24  law enforcement reports, audio recordings, and audio-video recordings.  The parties hereby request

25  additional time before the arraignment to allow defense counsel further time to review the discovery and

26  confer with his client and the government regarding a potential disposition of the case.

27       The arraignment in this matter is presently scheduled on February 5, 2016, and the parties hereby

28

STIP. AND [PROPOSED] ORDER RESCHEDULING ARRAIGNMENT AND EXCLUDING TIME
CR 16-00028 JD

request that it be continued to February 25, 2016.  The parties make this request to allow for reasonable time for the effective preparation of counsel.  For all of the reasons stated, the parties believe that good cause exists to exclude and waive time under Federal Rule of Criminal Procedure 5.1(c) and (d) from February 5, 2016 through February 25, 2016, taking into account the public interest in the prompt disposition of a criminal case and the defendant's consent, and to exclude time under the Speedy Trial Act.  18 U.S.C. § 3161.

IT IS SO STIPULATED.

DATED: January 29, 2016

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

_____/s/_____
AARON D. WEGNER
Assistant United States Attorney

_____/s/_____
JEFFREY BORNSTEIN
Counsel for Adrian Navarro

### [~~PROPOSED~~] ORDER

For the reasons stated by the parties, the Court finds that the aforementioned request is supported by good cause and made with the consent of the defendant, Adrian Navarro. Fed. R. Crim. Proc. 5.1(c) and (d).  The Court therefore finds that an exclusion of time between February 5, 2016 through February 25, 2016, is merited under Federal Rules of Criminal Procedure Rule 5.1(c) and (d) and the Speedy Trial Act under 18 U.S.C. § 3161 and moves the date of the arraignment to February 25, 2016.

IT IS SO ORDERED.

DATED: February  2 , 2016

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge